FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

2016 DEC 12  PM 1:23

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

CHARLIE KAY ELY,
    Petitioner,

CASE NO. 5:16-cv-711-Oc-10PRL

VS.

JULIE L. JONES,
SECRETARY OF THE DEPARTMENT
OF CORRECTIONS,
    Respondent,

_____

## OATH

I declare under penalty of perjury, that the attached "Petition to Vacate Judgment and Sentence Pursuant to 28 U.S.C. § 2254 and Accompanying Memorandum of Law" filed by my attorney is true and correct.

Executed on this 9th day of December, 2016

_____
Charlie Kay Ely